United States Courts
Southern District of Texas
FILED

MAY 11 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David J. Bradley, Clerk of Court

Hassan Ali Pejouhesh, )
Reg. No. 78128-279, )   7010 3090 0003 3353 4234
)
)
    Plaintiff, )
)
v. ) Civil Action No.  17-1684
)
United States Postal Service, ) Date, May, 8, 2018
)
    Defendant. )

To: U.S. Dist. Court, For The D.C.

Attn: Honorable Randolph D. Moss.

Re the Plaintiff's Motion To Strike DKt. 16 For Failure To Serve On Plaintiff As Required by Law, or in The Alternative Order it To Served which have mailed by Certified Mail under Treck # 7010-3090-0003-3367-3988 to The Court, handed to Prison Unit team on 04/3/2018 and also Copy of Motion to Office of U.S. Postal Service, General Counsel by Certified Mail under Treking # 7010-3090-0003-3367-2271 on Same date 04/3/2018 (Copy of Certified Mail Receipt is attached), Please note as follows:

(1): Plaintiff still have not Received DKt 16, Defendant U.S. Postal Service', Motion to dismiss or, in the alternative,

(1)

Re. Civil Action No. 17-1684

For Summary Judgment.

(2): On April, 2, 2018 plaintiff Received the March 25, 2018 ORDER of this Court ordering plaintiff to "file a brief in opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment on or before May 11, 2018". Whereas defendant failed to serve plaintiff with said Motion, it is NOT Possible for plaintiff to Comply with the 03/25/2018 ORDER to file a Brief in opposition without said Motion.
Therefore it would be within this Court's Purview to Strike Defendant's Motion for failure to serve plaintiff. Moves this Honorable Court to Strike.

Alternative if this Court finds that Defendant's failure to serve was excusable under some Rule or provision of law demonstrated by Defendant (or Clerk of Court) to serve plaintiff with DKT 16 and all Motions which U.S. Postal Services have filed and provide 60 days from Receipt of Same to file plaintiff Brief in opposition.

(3): Please note, this Recent failure to serve make the Third time that Defendant has failed to serve plaintiff copy of its filing as required by law.
This continued pattern of Non-Compliance with the Civil Rules is demonstrative of Blatant disregard for properly interest Due Process and this alone is sufficient cause for this Court to Deny Defendant's DKT 16 Motion pending before the Court.

(4): Please note, For make more easy for U.S.

(2)

Re. Civil Action No. 17-1684

Postal Service to providing all documents under (FOIA), 5 U.S.C § 552 (1988) and the Privacy Act of 1974 (PA) 5 U.S.C § 552a (1988), Plaintiff reduced his request only to following documents related to the criminal case #4:10-CR-687-1 as follows:

(1) Copy of Search warrant for Plaintiff Safe Deposit Boxes at Capital One Banks at Royal Oak Branch and Braeswood Branch.

(2): Copy of Seizure warrant for plaintiff property in the Safe Deposit Box at above Mentioned Banks.

(3) Copy of inventory list of Plaintiff Property which seized from Safe Deposit Boxes at above Mentioned Bank.

(4): Copy of Search & Seizure warrant for Plaintiff offices at 1010 Herwin Drive under Pamco.

(5): Copy of inventory list of plaintiff property which Seized from Pamco office at Herwin Drive.

(6): Copy of Search & Seizure warrant for Plaintiff Storage at S. Dairy Ashford Street and Plaintiff warehouse at Herwin Dr.

(7): Copy of inventory list of plaintiff Property which Seized from plaintiff warehouse and plaintiff's Home.

(8): Please order to providing Copy of original Search & Seizure warrant <u>not Application for Search Warrant.</u>

(3)

Re: Civil Action No. 17-1684

(9): Copy of Search & Seizure warrant for plaintiff Brother Trucks and plaintiff Truck.

(10): Copy of inventory of plaintiff's property which seized from 3 Trucks.

(11): Copy of inventory of plaintiff's property which seized from Safe at Pamco office at Harwin Dr.

(12): Please note, plaintiff believed that Postal Inspector Service Agent, had not Search & Seizure warrant for plaintiff's Safe Deposit Boxes at Banks and plaintiff's offices and they seized plaintiff property without warrant unlawfully.

(13): Would you please order Defendant send documents by Certified Mail due to this prison Mail Room do not correctly delivered legal materials and plaintiff have experience of Mis-Delivery and not delivery legal Mail at this prison, which plaintiff have current Complaint against Mailing System of this prison, which Mismanagement of Mail Room of this prison have costly for plaintiff that mail all Communications by Certified Mail.

Respectfully Submitted
05/08/2018
Hassan Ali Rejouhesh

C. U.S. Court of Appeal, D.C. for Appeal
C. U.S. District Court, For Southern Dist of Texas - For Docket/on 10-CR-687-1
C. Office of General Counsel, U.S. Postal Inspection Service

(4)



⇨78128-279⇦
District Us Court
FOR District OF Columbia
333 Constitution AVE. NW
Washington, DC 20001
United States

LEGAL MAIL

Civil Action No. 17-1684

⇨78128-279⇦
Hassan Ali Pejouhesh
PO BOX 260 20
# 78128279
Beaumont, TX 77720
United States

7010 3090 0003 3367 3988
7010 3090 0003 3367 3988

CERTIFIED MAIL

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.49 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.94 |

Postmark Here

Sent To  U.S. Court For D.C.
Street, Apt. No.; or PO Box No.  333 Constitution Ave NW
City, State, ZIP+4  Washington D.C. 20001

PS Form 3800, August 2006          See Reverse for Instructions

⇔78128-279⇔
Hassan Ali Pejouhesh
PO BOX 260 20
#78128279
Beaumont, TX 77720
United States



⇔78128-279⇔
Postal Inspection Service
Office General Counsel
475 Lenfant PLZ SW
No 475, Room 3301
Washington, DC 20260
United States



7010 3090 0003 3367 2271
7010 3090 0003 3367 2271



## CERTIFICATE OF SERVICE

I hereby attest and Certify that a true and Correct Copy of the attached legal document has been Served upon the below named Party by depositing Same in the U.S. Mail located at and Institution facility of the Federal Bureau of Prison (BOP). I asseverate under the penalty of perjury that the foregoing is true and Correct except as to those matter upon which I Rely upon information and belief and as to those matters I do believe them to be true and Correct, Pursuant to 28 U.S.C. 1746. I Further declare and Certify that First class Postage has been prepaid and the attached legal document is therefore timely filed pursuant to the "Mailbox" Rule that is Codified at Rule 25(a)(2)(c) & 26(a)(4)(c) of the Federal Rules of Appellate Procedure on May, 8th, 2016 by Certified Mail, Tracking # 7010-3090-0003-3353-4258.

Date: 05/08/2016            Hassan Ali Pejouhesh.

Name Party:

Office of General Counsel
U.S. Postal Inspection Service
475 - L'Enfant Plaza, S.W., Room 3301
Washington D.C. 20260-201

05/08/2016

7010 3090 0003 3353 4258

⇔78128-279⇔
Hassan Ali Pejouhesh
Unit (UB)
PO BOX 260 20
Beaumont, TX 77720
United States

LEGAL MAIL

Legal Mail

Case No. 4:10-CR-687-1

Delivered to UR mail Team on 05/8/2018

77208-101010

NORTH HOUSTON TX 773
10 MAY 2018 PM 9 L

United States Courts
Southern District of Texas
FILED
MAY 11 2018
David J. Bradley, Clerk of Court

⇔78128-279⇔
Dist Court Southren District
PO BOX 61010
Houston, TX 77208
United States